ANTHONY J. DECRISTOFORO (SB #166171)
aj.decristoforo@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
KNOWLEDGE UNIVERSE EDUCATION LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA WILLIAMS,<br><br>              Plaintiff,<br><br>       v.<br><br>KNOWLEDGE UNIVERSE EDUCATION LLC, dba KINDERCARE, and DOES 1 through 50, inclusive,<br><br>              Defendant. | Case No. 2:15-cv-01325-KJM-CKD<br><br>**STIPULATED REQUEST TO AMEND CASE SCHEDULING ORDER; ORDER** |

## STIPULATED REQUEST

Plaintiff Darla A. Williams ("Plaintiff") and Defendant Knowledge Universe Education, LLC ("Defendant") (Plaintiff and Defendant will be referred to as the "Parties") respectfully submit the following stipulated request to amend the Court's Case Scheduling Order.  ECF No. 10.  As set forth below, this request is being made to permit the Parties additional time to participate in a mediation in an attempt to informally resolve this matter.

On November 25, 2015, the Court issued a Status (Pretrial Scheduling) Order.  ECF No. 10.  This Order established the following deadlines:

- Discovery Deadline:  August 26, 2016
- Designation of Expert Witnesses:  September 26, 2016
- Hearing on Dispositive Motions:  December 16, 2016
- Final Pretrial Conference:  April 21, 2017
- Jury Trial:  June 5, 2017.

On June 23, 2016, Plaintiff noticed the deposition of Defendant's Person Most Knowledgeable, along with several of Defendant's current employees, to occur during the week of July 25, 2016.  The Parties subsequently agreed to postpone these depositions in order to participate in a mediation in an attempt to informally resolve this matter.  The Parties have contacted their mediator of choice - Cynthia Remmers - and have scheduled a mediation for September 8, 2016.  In order to preserve resources and limit litigation costs, the Parties request that the discovery deadline, expert witness designation deadline, and the hearing on dispositive motions be continued for approximately 60-days so that the Parties can further continue the majority of these depositions until after the mediation.  The Parties are not requesting a continuance of the trial date.

For these reasons, the Parties submit this joint stipulation to amend the Scheduling Order as follows:

| Event | Original Date | Proposed New Date |
|---|---|---|
| Discovery Deadline | August 26, 2016 | October 25, 2016 |

| Designation of Expert Witnesses | September 26, 2016 | November 28, 2016 |
| --- | --- | --- |
| Hearing on Dispositive Motions | December 16, 2016 | February 14, 2017 |
| Final Pretrial Conference | April 21, 2017 | No change requested |
| Jury Trial | June 5, 2017 | No change requested |

So stipulated.

DATED:  July 25, 2016

STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
    ANTHONY J. DECRISTOFORO
    BRYAN L. HAWKINS
    Attorneys for Defendant
    KNOWLEDGE UNIVERSE
    EDUCATION LLC

DATED:  July 25, 2016

BOHM LAW GROUP

By: /s/ Maria E. Minney (as authorized on July 25, 2016)
    LAWRENCE A. BOHM
    MARIA E. MINNEY
    Attorneys for Plaintiff
    DARLA WILLIAMS

**ORDER**

Upon reading the foregoing Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: August 1, 2016

_____
UNITED STATES DISTRICT JUDGE